UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NATHAN ELI THOMAS,<br><br>    Defendant. | 2:12-cr-00160-GMN-GWF<br><br>**ORDER** |

   Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

   IT IS THEREFORE ORDERED that the sentencing hearing currently set for October 4, 2012 at 9:30 a.m., be vacated and continued to November 1, 2012 at 10:30 AM.

   **DATED** this 3rd day of October, 2012.

   _____
   Gloria M. Navarro
   United States District Judge

3